**Order entered October 24, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00015-CR

**HUGH EDWARD TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-75929-M**

## ORDER

We **REINSTATE** this appeal. On August 24, 2017, we ordered the trial court to appoint new counsel to represent appellant in this appeal. On October 23, 2017, Niles Illich filed his notice of appearance.

We **DIRECT** the Clerk to list Niles Illich as appointed counsel for appellant. All future correspondence shall be sent to Mr. Illich at 701 Commerce Street., Suite 400, Dallas, Texas 75202.

Appellant's brief is due **FORTY-FIVE DAYS** from the date of this order.

/s/     ADA BROWN
           JUSTICE